FILED
CLERK, U.S. DISTRICT COURT

OCT 1 1 2016

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jerome Anderson | CASE NUMBER |
| | 2:16-cv-06277-UA |
| Plaintiff(s)/Petitioner(s) | |
| v. | |
| Court of Appeals of the State of California, Second Appellate District, Shawn Hatton, Warden, Real Party in Interest | **ORDER OF DISMISSAL** |
| Defendant(s). | |

**The Court previously received from Plaintiff(s)/Petitioner(s):**

☐ an IFP Request or financial information with no accompanying Complaint or Petition.

☒ a Complaint or Petition without an accompanying IFP Request, and without payment of the filing fees.

☐ a Complaint with a partial filing fee payment for an amount less than the required $400.

**The Court sent a warning letter to Plaintiff(s)/Petitioner(s) advising that failure to correct this deficiency within THIRTY DAYS from the date of the warning letter would result in dismissal of this case. More than THIRTY DAYS have now passed, and the deficiency has not been corrected.**

**Accordingly, this case is hereby ORDERED DISMISSED. No further filings shall be accepted under this case number.**

**IT IS SO ORDERED.**

Dated: October 11 2016

_____
Chief United States District Judge